UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 20-20461-Civ-Scola

JORGE E. ESCOBAR
and other similarly situated individuals,

    Plaintiff(s),

v.

CHOCOLATE FASHION, INC.
and PERSEVERANIA BERGER, individually

    Defendants,
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have agreed to settle this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of preparing all the necessary settlement documentation. The parties are working on finalizing the relevant settlement documents and will be filing with the Court a Joint Motion for Approval along with the fully executed settlement agreement, within the following days.

Dated: March 10, 2020

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone: (305) 446-1500
Facsimile: (305) 446-1502

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  March 10, 2020.

                                                Respectfully submitted,

                                                 **/s/ Zandro E. Palma**
                                                 ZANDRO E. PALMA, ESQ.

**SERVICE LIST**
**CASE NO.: 20-20461-Civ-Scola**

Zandro E. Palma, Esq.
THE LAW OFFICE OF
ZANDRO E. PALMA, P.A.
9100 South Dadeland Blvd.,
Suite 1500
Miami, FL 33156
Tel: (305) 446-1500
E-mail: zep@thepalmalawgroup.com
Attorney for Plaintiff Service via CM/ECF

Andrew S. Yagoda, Esq.
YAGODA + LEHRMAN LAW FIRM
232 Andalusia Ave.,
Suite 201
Coral Gables, FL 33134
Tel: (305) 460-4447
Fax: (305) 460-6883
E-mail: ayagoda@yagodalaw.com
Attorneys for Defendants Service via CM/ECF
Case