United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jorge E. Escobar, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-20461-Civ-Scola |
| | ) | |
| Chocolate Fashion, Inc. and | ) | |
| Perseverania Berger, Defendants. | ) | |

### Order Approving FLSA Settlement and Dismissing Action

The parties to this FLSA action have asked the Court to approve their settlement agreement and to dismiss the case. (Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice, ECF No. 19.) Having reviewed the record, the relevant legal authorities, and the settlement agreement, the Court finds the settlement agreement fair and reasonable.

The Court **grants** the parties' motion for approval of the settlement agreement (**ECF No. 19**), **dismisses** this action with prejudice, and directs the Clerk to **close** this case. The Court reserves jurisdiction to enforce the parties' settlement agreement. All pending motions are **denied** as moot.

**Done and ordered** at Miami, Florida, on March 13, 2020.

_____
Robert N. Scola, Jr.
United States District Judge